THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Gerald Kirby, Appellant.
 
 
 

Appeal From York County
 Michael G. Nettles, Circuit Court Judge
Unpublished Opinion No. 2009-UP-212
Submitted April 1, 2009  Filed May 19, 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Johnny
 Gerald Kirby appeals his guilty plea for second-degree arson and two counts of threatening
 the life of a public official, and concurrent sentences of eight years, five
 years, and five years, respectively.  He argues his guilty plea failed to
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
Hearn, C.J., Pieper and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.